# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00325-CV

**Nathan Flaga, Appellant**

**v.**

**Brigette Stewart, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 12-0303, HONORABLE BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal, stating that he and appellee have settled their dispute and that appellee does not oppose the dismissal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: July 3, 2013